UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,     )   Index No.: 07-CIV-6438 (WCC)
                                            )
                              Plaintiffs,   )   REQUEST FOR ENTRY OF
                                            )   DEFAULT JUDGMENT
           -against-                        )
                                            )
R.E. ROSSI PAINTING & RESTORATION, LTD.,    )
                                            )
                              Defendant.    )

---

TO:  Clerk of the United States District Court for the
     Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, R.E. Rossi Painting & Restoration, Ltd., failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds and against the Defendant, R.E. Rossi Painting & Restoration, Ltd. for an Order for an audit and any amounts found due pursuant to the audit which shall include interest, liquidated damages, attorneys' fees, auditors' fees, and court costs and disbursements in the sum of $2,930.00 for bringing this action.

Dated:  Elmsford, New York
        September 4, 2007

                                    Dana L. Henke (DLH3025)
                                    BARNES, IACCARINO, VIRGINIA,
                                    AMBINDER & SHEPHERD, PLLC
                                    258 Saw Mill River
                                    Elmsford, New York 10523
                                    (914) 592-1515

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____