*Conner, J.*

# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,    )   Index No.: 07-CIV-6438 (WCC)
                                          )   ECF CASE
            Plaintiffs,                   )   ORDER TO SHOW
                                          )   CAUSE FOR
                                          )   DEFAULT JUDGMENT
        -against-                         )
                                          )
R.E. ROSSI PAINTING & RESTORATION LTD.,   )
                                          )
                                          )
            Defendant.                    )

---

CONNER, Sr. D.J.:

Upon consideration of Plaintiffs' request for Entry of Final Judgment by Default and supporting papers, it is hereby

ORDERED, that a conference be held on the 24th day of October 2007 at 9:45 o'clock a.m. of that day or as soon thereafter as counsel can be heard why a Default Judgment for the relief requested in the Complaint should not be granted, and it is further

ORDERED, that sufficient cause appearing therefore, let service of a copy of this Order and supporting papers be made upon Defendant R.E. Rossi Painting & Restoration, Ltd. by certified mail, return receipt requested on or before the 21st day of September, 2007, and such service shall be deemed good and sufficient service.

SO ORDERED

Dated: White Plains, New York
       Sept. 19, 2007

William C. Conner
WILLIAM C. CONNER, Sr. U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

FAXED