UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,       )   Index No.: 07-CIV-6438 (WCC)
                                            )
                    Plaintiffs,             )   STATEMENT OF DAMAGES
                                            )
        -against-                           )
                                            )
R.E. ROSSI PAINTING & RESTORATION, LTD.,    )
                                            )
                    Defendant.              )

---

Attorneys' Fees……………………………………………………………………$ 2,500.00

Court Costs & Disbursements:

    Filing Fees (Index)……………………………………………………… $   350.00
    Process Server Fee……………………………………………………… $    80.00


**GRAND TOTAL:**………………………………………………………**$ 2,930.00**